■ In the Matter of GEOFFREY HOLGATE, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [10 NYS3d 466]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner, an inmate, commenced this CPLR article 78 proceeding to challenge a determination rendered after a tier III disciplinary hearing. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter must be dismissed as moot (*see Matter of Ramos v Department of Corr. & Community Supervision*, 123 AD3d 1215, 1216 [2014]).

Lahtinen, J.P., Garry, Devine and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.

■ In the Matter of DOMINIC EDWARDS, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [10 NYS3d 467]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.